George Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: bboyer@hainesandkrieger.com
Attorneys for Plaintiff
KRYSTAL BENEFIELD

**IN THE UNITED STATES DISCTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | | |
|---|---|---|
| KRYSTAL BENEFIELD | ) | Case No.   2:13-cv-01226-JAD-PAL |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF DISMISSAL** |
| | ) | **WITHOUT PREJUDICE** |
| NATIONAL CREDIT SOLUTIONS, L.L.C.; | ) | |
| and DOES 1-10, inclusive, | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Defendants not having filed or served answers, motions for summary judgment, or otherwise appeared herein; the Plaintiff in the above-entitled action, as to each of the Defendants named, requests, authorizes, and directs the Clerk of the Court to enter a judgment of dismissal without prejudice, each party to bear its own attorney's fees and costs.

Dated:       August 13, 2013

Respectfully submitted,

By: /s/ George H. Haines
George H. Haines, Esq. (Nevada Bar No.9411)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
*Attorney for Plaintiff KRYSTAL BENEFIELD*